IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TLI COMMUNICATIONS LLC, <br> Plaintiff, <br><br> v. <br><br> AV AUTOMOTIVE, L.L.C., et al., <br> Defendants. | Civil Action No. 1:14cv139 |

## ORDER

For good cause, and given that this case is now a member case to an active MDL proceeding recently transferred to this Court (*In re: TLI Communications LLC Patent Litigation*, 1:14md2534),

It is hereby **ORDERED** that the stay previously placed on this matter is **LIFTED**.

The Clerk is directed to return this matter to the active docket and to send a copy of this Order to all counsel of record.

Alexandria, VA
July 3, 2014

/s/
T. S. Ellis, III
United States District Judge